## Commonwealth *v.* Stith, Appellant.

Submitted June 12, 1970. *David Rudovsky* and *John W. Packel,* Assistant

Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.